MORRIS LAW GROUP
Steve Morris, No. 1543
Email: sm@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
Nathaniel Bruno, (*pro hac vice forthcoming*)
Email: nbruno@sheppardmullin.com
1300 I Street, N.W., 11th Floor East
Washington, DC 20005-3314
Telephone: (202) 218-0000
Facsimile: (202) 218-0020

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| C.B. FLEET COMPANY, INC., a Virginia corporation,<br><br>            Plaintiff,<br><br>v.<br><br>KURT BOWKER, an individual,<br><br>            Defendant. | Case No. 2:12-cv-01510-JCM-PAL<br><br>**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND ORDER** |

   M. Roy Goldberg, of the law firm Sheppard, Mullin, Richter & Hampton, LLP, moves for removal from the CM/ECF System Service List

1 in this matter. Mr. Goldberg was listed on the complaint (Dkt. 1) as
2 national counsel for plaintiff C. B. Fleet, with his pro hac vice application
3 forthcoming. He will no longer be involved in this matter in the State of
4 Nevada. Movant expects no opposition from any party, and the client has
5 consented to it.

MORRIS LAW GROUP

By: /s/ JP Hendricks
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
Nathaniel Bruno,
(*pro hace vice forthcoming*)
1300 I Street, N.W., 11th Floor East
Washington, DC 20005-3314

Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: October 9, 2012

2