MORRIS LAW GROUP
Steve Morris, No. 1543
Email: sm@morrislawgroup.com
Jean-Paul Hendricks, No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
Nathaniel Bruno, (*pro hac vice forthcoming*)
Email: nbruno@sheppardmullin.com
1300 I Street, N.W., 11th Floor East
Washington, DC 20005-3314
Telephone: (202) 218-0000
Facsimile: (202) 218-0020

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| C.B. FLEET COMPANY, INC., a Virginia corporation, <br><br>Plaintiff, <br><br>v. <br><br>KURT BOWKER, an individual, <br><br>Defendant. | Case No. 2:12-cv-01510-JCM-PAL <br><br>**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND ORDER** |

    M. Roy Goldberg, of the law firm Sheppard, Mullin, Richter & Hampton, LLP, moves for removal from the CM/ECF System Service List

in this matter.  Mr. Goldberg was listed on the complaint (Dkt. 1) as national counsel for plaintiff C. B. Fleet, with his pro hac vice application forthcoming.  He will no longer be involved in this matter in the State of Nevada.  Movant expects no opposition from any party, and the client has consented to it.

MORRIS LAW GROUP

By: /s/ JP Hendricks
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Nathaniel Bruno,
(*pro hace vice forthcoming*)
1300 I Street, N.W., 11th Floor East
Washington, DC 20005-3314

Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: October 9, 2012

2